**CALVO FISHER & JACOB LLP**
William N. Hebert (SBN 136099)
    Email: whebert@calvofisher.com
One Lombard Street, Second Floor
San Francisco, CA 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Attorneys for Plaintiff JOHN ROBERT LABRIOLA

**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
    Email: mmandel@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
    Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, AND
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT LABRIOLA, on behalf of himself and those similarly situated,<br><br>           Plaintiff,<br><br>           vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORP.; BANK OF AMERICA CORPORATION; and Does 3-50, inclusive,<br><br>           Defendants. | CASE NO. 4:12-cv-00079-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA CORPORATION** |

37394025.1

**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS BANA AND BAC**

## **RECITALS**

WHEREAS, Plaintiff JOHN ROBERT LABRIOLA ("Plaintiff") filed a Complaint on December 2, 2011 in the San Francisco County Superior Court (the "State Court"), Case No. CGC-11-516307 therein (the "State Court Action") against Defendant Bank of America, N.A. ("BANA"); and

WHEREAS, Plaintiff personally served BANA with a Summons and Complaint in the State Court Action on December 5, 2011; and

WHEREAS, BANA removed the State Court Action to this Court on January 5, 2012; and

WHEREAS, on January 13, 2012, Plaintiff filed a First Amended Complaint ("FAC") [Dkt. #7] to add Bank of America Corporation ("BAC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") as Defendants in this action; and

WHEREAS, counsel for Defendants has advised counsel for Plaintiff that Merrill Lynch was at all times the sole employer of Plaintiff and the putative class members that Plaintiff seeks to represent in this action as alleged in the FAC; and

WHEREAS, Defendants acknowledge that any alleged wrongdoing on behalf of BANA or BAC relating to the timely payment of final commissions to Plaintiff and any other financial adviser who left the employment of Merrill Lynch between December 31, 2008 and the present as alleged in the FAC, which alleged wrongdoing is expressly denied and disputed, is the sole responsibility of Merrill Lynch; and

WHEREAS, Merrill Lynch does not contend and will not contend in this litigation that any other entity is or was responsible or liable for the timely payment of final commissions to Plaintiff or any other financial advisers who left the employment of Merrill Lynch between December 31,

2008 and the present, which liability is expressly denied and disputed; and

WHEREAS, after engaging in their own due diligence, counsel for Plaintiff are satisfied that Merrill Lynch is adequately capitalized to satisfy any judgment that might be entered in this case; and

WHEREAS, the parties, through their respective counsel, have conferred and are stipulating herein for purposes of this action, and without admission of any liability by any defendant, that any purported liability for the alleged conduct underlying the claims in Plaintiff's FAC is the sole responsibility of Defendant Merrill Lynch, and that Defendants BANA and BAC are not responsible in any capacity for the alleged wrongdoing in the FAC.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants through their respective undersigned counsel that:

1.  For purposes of this action, and without admission of any liability, any purported liability for the alleged conduct underlying the claims in Plaintiff's FAC is the sole responsibility of Defendant Merrill Lynch as Plaintiff's sole employer;

2.  Defendants BANA and BAC are not responsible in any capacity for the alleged wrongdoing in the FAC;

3.  Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated will be solely responsible for any judgment that might be entered in this case;

4.   Defendants BANA and BAC shall be dismissed from this action, with prejudice, pursuant to FED. R. CIV. PROC. 41(a)(1)(A)(ii).

5.   Except as otherwise stated in this Stipulation, by entering into this Stipulation, Defendants do not waive and expressly reserve all defenses and challenges in the action.

DATED: February 23, 2012        **CALVO FISHER & JACOB LLP**

By:   _____/s/ William N. Herbert_____
                William N. Hebert, Esq.

Attorneys for Plaintiff
JOHN ROBERT LABRIOLA

DATED: February 23, 2012        **McGuireWoods LLP**

By:   _____/s/ Michael D. Mandel_____
                Matthew C. Kane, Esq.
                Michael D. Mandel, Esq.
                Sylvia J. Kim, Esq.

Attorneys for Defendants
BANK OF AMERICA, N.A.,
BANK OF AMERICA CORPORATION, AND
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____2/24/2012_____        _____
                                        HON. CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE