IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT LABRIOLA, on behalf of himself and those similarly situated, | No. C 12-79 CW |
| Plaintiff, | ORDER GRANTING MOTION TO VACATE ORDER TO PRIVATE MEDIATION AND REFERRING CASE TO EARLY NEUTRAL EVALUATION (Docket No. 35) |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORP.; BANK OF AMERICA CORPORATION; and Does 3-50, inclusive, | |
| Defendants. | |

_____/

On May 10, 2012, the Court granted the parties' stipulation agreeing to participate in private mediation within ninety days of that date.

Plaintiff John LaBriola now moves to vacate the Court's order to mediate.  Plaintiff also asks that, if the Court requires the parties to engage in alternative dispute resolution (ADR) prior to its ruling on class certification, the parties be referred instead to Early Neutral Evaluation (ENE).  Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated[1] does not oppose Plaintiff's motion and agrees to participate in ENE.

Accordingly, the Court GRANTS Plaintiff's motion (Docket No. 35) and vacates its order of May 10, 2012 (Docket No. 27).  The Court orders as follows:  This case is referred to ENE.  Pursuant

_____

[1] On February 24, 2012, the Court granted the parties' stipulation to dismiss Defendants Bank of America, National Association and Bank of America Corporation.  Docket No. 14.

to ADR Local Rule 5-4(a), an ENE session shall be held within
ninety days of the date of this Order.

    IT IS SO ORDERED.

Dated: 7/17/2012

_____
CLAUDIA WILKEN
United States District Judge

cc: ADR