**QUADRA & COLL, LLP**
James A. Quadra (SBN 131084)
  Email: jquadra@quadracoll.com
Rebecca M. Coll (SBN 184468)
  Email: rcoll@quadracoll.com
Niall Vignoles (SBN 170937)
  nvignoles@quadracoll.com
649 Mission Street, Fifth Floor
San Francisco, California 94105
Telephone: (415) 426-3502
Facsimile: (415) 625-9936

Attorneys for Plaintiff
JOHN ROBERT LaBRIOLA

**MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
  Email: mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
  Email: mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
  Email: jvanhook@mcguirewoods.com
Christopher A. Killens (SBN 254466)
  Email: ckillens@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT LABRIOLA, on behalf of himself and those similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH PIERCE FENNER & SMITH, INCORP.; BANK OF AMERICA CORPORATION; and Does 3-50, inclusive | CASE NO. 4:12-cv-00079-CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE LITIGATION DATES PENDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1  Plaintiff John LaBriola, on behalf of himself and all those similarly situated ("Plaintiff)
2  and Defendant Defendant Merrill Lynch Pierce Fenner & Smith, Incorporated ("Defendant")
3  enter into this joint stipulation and request that the Court enter the proposed order set forth below.

**RECITALS**

5  A.  WHEREAS, the Court's Order on Plaintiff's Stipulation to Continue Trial and Pre-
6  Trial Dates and to Mediate entered September 17, 2012 (Docket No. 41) and notices of reset
7  deadlines entered by the Court on September 18, 2012 ("Notices of Reset Dates"), set forth a
8  number of dates and deadlines, including a deadline to file a Motion to Certify the Class on
9  February 4, 2013, and

10  B.  WHEREAS, the parties engaged in an all-day mediation at JAMS with John Bates,
11  Jr. on October 12, 2012, and thereafter continued to engage in arms-length negotiations, and

12  C.  WHEREAS, on January 18, 2013, the parties reached agreement on the terms of a
13  proposed settlement, and

14  D.  WHEREAS, the parties require sufficient time to prepare and finalize a formal
15  settlement agreement, and

16  E.  WHEREAS, the Plaintiff requires sufficient time to prepare a file a motion for
17  preliminary approval of the class action settlement, and

18  F.  WHEREAS, the parties would like the dates set forth in the order entered on
19  September 17, 2012 (Docket No. 41) and those appearing in the Notices of Reset Dates entered
20  by the Court on September 18, 2012 to be vacated in order to have sufficient time to finalize the
21  settlement documents and for Plaintiff to seek the Court's preliminary approval of the class action
22  settlement,

**STIPULATION**

24  NOW THEREFORE THE PARTIES STIPULATE:
25  1.  Defendant will provide a draft settlement agreement to Plaintiff within 14 days.
26  2.  The parties will finalize the settlement agreement within 35 days.
27  3.  Plaintiff will prepare and file a motion for preliminary approval of the class action
28  settlement within 60 days.

The parties request that the Court vacate the remaining dates and deadlines set forth in the Order entered on September 17, 2012 (Docket No. 41) and those appearing in the Notices of Reset Dates entered by the Court on September 18, 2012.

5. If for any reason the Court does not approve the class action settlement, the parties request that the Court reset the remaining dates and deadlines vacated pursuant to this Stipulation and Order.

**IT IS SO STIPULATED.**

Dated: January 18, 2013     McGUIRE WOODS LLP

By:  */s/ Michael Mandel*
    MICHAEL D. MANDEL
    Attorneys for Defendant
    MERRILL LYNCH PIERCE FENNER &
    SMITH, INCORPORATED

Dated: January 18, 2013     QUADRA & COLL LLP

By:  */s/ Rebecca Coll*
    JAMES A. QUADRA
    REBECCA COLL

Counsel for Plaintiff
JOHN ROBERT LaBRIOLA

## **ATTESTATION**

I, Rebecca Coll, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: September 14, 2012     QUADRA & COLL LLP

By:  */s/ Rebecca Coll*
    REBECCA COLL

-3-
STIPULATION AND ORDER TO VACATE LITIGATION DATES
CASE NO. 4:12-CV-00079-CW

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Based on the above Stipulation, IT IS SO ORDERED. A case management conference

4 will be held on  3/28/13   at  2 p.m.  if no motion for preliminary approval has been filed.

5

6 DATED: 1/22/2013

   HON. CLAUDIA WILKEN
7   UNITED STATES DISTRICT JUDGE

-4-
STIPULATION AND ORDER TO VACATE LITIGATION DATES
CASE NO. 4:12-CV-00079-CW