1 | **QUADRA & COLL, LLP**
James A. Quadra (SBN 131084)
Rebecca M. Coll (SBN 184468)
Niall Vignoles (SBN 170937)
649 Mission Street, Fifth Floor
San Francisco, California 94105
Telephone: (415) 426-3502
Facsimile: (415) 625-9936

Attorneys for Plaintiff
JOHN ROBERT LaBRIOLA

**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
  Email: mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
  Email: mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
  Email: jvanhook@mcguirewoods.com
Christopher A. Killens (SBN 254466)
  Email: ckillens@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH,
INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT LABRIOLA, on behalf of himself and those similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH PIERCE FENNER & SMITH, INCORP.; BANK OF AMERICA CORPORATION; and Does 3-50, inclusive | CASE NO. 4:12-cv-00079-CW<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE STATEMENT BASED ON SETTLEMENT; ORDER**<br><br>Status Conference:<br>Date:     March 28, 2013<br>Time:     2:00 p.m.<br>Judge:    Hon. Claudia Wilken<br>Courtroom: 2 |

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
CASE NO. 4:12-CV-00079-CW

1    Plaintiff John LaBriola, on behalf of himself and all those similarly situated ("Plaintiff)
2 and Defendant Merrill Lynch Pierce Fenner & Smith, Incorporated ("Defendant") (collectively,
3 the "Parties) enter into this joint stipulation and request that the Court enter the proposed order set
4 forth below.

**RECITALS**

A.    WHEREAS, on October 12, 2012, the Parties engaged in an all-day mediation at JAMS with John Bates, Jr., and thereafter continued to engage in arms-length negotiations.  On January 18, 2013, the parties reached agreement on the material settlement terms and informed the Court of the Parties' settlement.  Based on the settlement, the Court approved the Parties' stipulation to vacate the pending litigation dates.

B.    WHEREAS, since January 18, 2013, the Parties have been engaged in extensive, arms-length negotiations over the terms of a long-form Class Action Settlement Stipulation (the "Settlement Stipulation").  The Parties have finalized the Settlement Stipulation, and are in the process of having the Settlement Stipulation executed by the Parties and their respective counsel.  The Settlement Stipulation is attached as Exhibit A to the Parties' concurrently-filed Joint Status Conference Statement.

C.    WHEREAS, the Parties anticipate that, within 28 days, a motion for preliminary approval of the Settlement Stipulation will be filed with the Court.  This 28-day time frame is based on the Settlement Stipulation stating that certain declarations will be provided to Plaintiff within 14 days of the execution of the Settlement Stipulation, and Plaintiff's expectation that he will be able to file a motion for preliminary approval with the Court within 14 days of receiving those declarations.

D.    WHEREAS, there is a Status Conference scheduled in this case for March 28, 2013 at 2:00 p.m., before this Court.  In light of the Parties' settlement, and in an effort to conserve judicial resources and to avoid unnecessary expenditures by the Parties, the Parties seek an Order continuing the Status Conference for thirty (30) days, or to a date thereafter that is convenient for this Court.

**STIPULATION**

NOW THEREFORE THE PARTIES STIPULATE:

1. The Status Conference in this matter, currently scheduled for March 28, 2013 at 2:00 p.m., will be continued for thirty (30) days, or to a date thereafter that is convenient for this Court.

2. If a motion for preliminary approval of the Parties' Settlement Stipulation has been filed prior to the continued date for the Status Conference, the Status Conference will be taken off calendar.

**IT IS SO STIPULATED**

Dated:  March 21, 2013                McGUIREWOODS LLP

By: /s/ *John A. Van Hook*
MICHAEL D. MANDEL
JOHN A. VAN HOOK
Attorneys for Defendant
MERRILL LYNCH PIERCE FENNER &
SMITH, INCORPORATED

Dated:  March 21, 2013                QUADRA & COLL LLP

By: /s/ *Rebecca Coll*
JAMES A. QUADRA
REBECCA COLL
NIALL VIGNOLES
Counsel for Plaintiff
JOHN ROBERT LaBRIOLA

**ATTESTATION**

I, John A. Van Hook, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  March 21, 2013                McGUIREWOODS LLP

By: /s/ *John A. Van Hook*
JOHN A. VAN HOOK

-3-
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
CASE NO. 4:12-CV-00079-CW

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Based on the above Stipulation, and finding good cause in support of the Stipulation, IT IS SO ORDERED. The Status Conference, currently scheduled for March 28, 2013 at 2:00 p.m. will be continued to **Thursday, May 2, 2013**, at **2:00 p.m.** If a motion for preliminary approval has been filed prior to that date, the Status Conference will be taken off calendar.

DATED:  3/22/2013

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE