IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT LABRIOLA, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORP.; BANK OF AMERICA CORPORATION; and Does 3-50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-79 CW<br><br>SCHEDULING ORDER<br>(Docket No. 53) |

On July 17, 2013, Plaintiff John LaBriola, on behalf of himself and the Settlement Class, and Defendant Merill Lynch Pierce Fenner & Smith, Incorporated filed a stipulation requesting a case management conference. The parties state that they seek the conference to discuss their discovery of "a potential liability under the strict language of the current class definition that appears to be a higher amount than the amount calculated by Plaintiff as reflected in his papers in support of preliminary approval." Although July 8, 2013 was the latest date on which the Class Notice could have been mailed out according to the schedule in the order granting preliminary approval, the parties did not file their request until July 18, 2013.

Judicial economy will not be served by convening a case management conference to discuss an undisclosed issue for which the Court is not prepared. Accordingly, instead, the Court hereby ORDERS that:

(1) On or before July 24, 2013, the parties shall file a stipulation proposing a resolution to the issue referenced in the July 17, 2013 filing and a revised schedule for the resolution of this case.

(2) If the parties are unable to agree, on or before July 24, 2013, Plaintiff shall file a brief containing a detailed discussion of the issues referenced in the July 17, 2013 filing, his proposal to modify the class definition and the legal justification for any such modification. Plaintiff shall also propose a schedule for resolution of the case. Defendant shall provide its response to Plaintiff's proposals one week thereafter and Plaintiff shall file a reply three days later.

(3) If necessary, the Court will schedule a further case management conference or hearing after considering the parties' papers.

IT IS SO ORDERED.

Dated: 7/22/2013

CLAUDIA WILKEN
United States District Judge