IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT LABRIOLA, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORP.; BANK OF AMERICA CORPORATION; and Does 3-50, inclusive,<br><br>    Defendants. | No. C 12-79 CW<br><br>SCHEDULING ORDER |

On June 6, 2013, the Court preliminarily approved the settlement of this case. Among other things, the Court set a deadline of July 8, 2013 for the Class Notice to be mailed out. After that deadline, on July 17, 2013, the parties filed a stipulation requesting a case management conference to discuss their discovery of an undisclosed issue regarding "a potential liability under the strict language of the current class definition that appears to be a higher amount than the amount calculated by Plaintiff as reflected in his papers in support of preliminary approval." Docket No. 53. On July 22, 2013, the Court ordered the parties to file further papers regarding the status of settlement.

The parties have now filed briefs describing discrepancies between the database of potential class members provided by Defendant to Plaintiff prior to settlement and the database of potential class members provided by Defendant to the settlement

administrator.  The parties have filed a joint request that the Court allow them until August 7, 2013 to file a stipulation to amend the Settlement Stipulation and the Court's preliminary approval order.  If the parties are unable to reach an agreement, Plaintiff states that he will instead file a request "to be allowed to conduct discovery to determine the accuracy and veracity of the data to be provided by Defendant."  Docket No. 56.

    Having considered the parties' papers, the Court ORDERS:

    (1) On or before August 7, 2013, the parties shall file a stipulation to amend the Settlement Stipulation and the Court's preliminary approval order, including a revised schedule for resolution of this case.

    (2) If the parties are unable to reach agreement, Plaintiff shall file a brief containing his request for additional discovery and a proposed schedule for resolution of any outstanding issues and resolution of the case.  Defendant shall provide its response to Plaintiff's proposals one week thereafter and Plaintiff shall file a reply three days later.

    (3) If necessary, the Court will schedule a further case management conference or hearing after considering the parties' papers.

    IT IS SO ORDERED.

Dated:  7/29/2013

CLAUDIA WILKEN
United States District Judge

2