1  JAMES A. QUADRA, State Bar No. 131084
   jquadra@quadracoll.com
2  REBECCA M. COLL, State Bar No. 184468
   rcoll@quadracoll.com
3  QUADRA & COLL, LLP
4  649 Mission Street, 5th Floor
   San Francisco, California 94105
5  Telephone:  (415) 426-3502
6  Facsimile:  (415) 625-9936

7  *Attorneys for the Plaintiff Class*

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | JOHN ROBERT LABRIOLA, on behalf of | Case number:  4:12-cv-00079-CW |
   | himself and those similarly situated, | |
12 | | **JUDGMENT** |
   | Plaintiff; | |
13 | | |
14 | vs. | Hearing Date:     December 19, 2013 |
   | | Hearing Time:     2:00 p.m. |
15 | BANK OF AMERICA, NATIONAL | Courtroom:        2 |
   | ASSOCIATION; MERRILL LYNCH, | Judge:            Hon. Claudia Wilken |
16 | PIERCE, FENNER & SMITH INCORP.; | |
17 | BANK OF AMERICA CORPORATION; | |
   | and Does 3-50, inclusive, | |
18 | | |
   | Defendant. | |
19

20

21        Pursuant to the Class Action Settlement Agreement entered by the parties and

22 approved by this Court, final judgment is hereby entered on the Order Granting Final

23 Approval Of Class Settlement and Order Granting Motion For Awards Of Attorneys' Fees

24 And Costs And Incentive Payment To Class Representative, and this class action is hereby

25 dismissed with prejudice.  The Court retains jurisdiction for the purposes set forth in the

26 Order Granting Final Approval of Class Settlement.

27
   Dated:  _12/20/2013_                                    _____
28                                                          Hon. Claudia Wilken

---

1

Judgment